UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEITH A. WARREN,<br><br>                         Plaintiff,<br>       v.<br><br>KENNETH L. WILLIAMS, *et al.*,<br><br>                         Defendants. | Case No. 3:25-cv-00225-MMD-CLB<br><br>ORDER |

*Pro se* Plaintiff Keith Warren submitted an application to proceed *in forma pauperis* (ECF No. 1 ("IFP Application").) The financial information provided demonstrates that Plaintiff is able to pay the full $405 filing fee for this civil action. (ECF No. 4.) The Court therefore denies the IFP Application.

Plaintiff cannot proceed with this civil-rights lawsuit until he addresses the matter of the filing fee. So the Court directs Plaintiff to pay the full $405 filing fee within 30 days. Alternatively, if Plaintiff's financial status has changed, he may file a new application to proceed *in forma pauperis* demonstrating his indigent status.

It is therefore ordered that the application to proceed *in forma pauperis* (ECF Nos. 1, 4) is denied.

It is further ordered that Plaintiff must pay the full $405 filing fee to the Clerk of the Court within 30 days from the date of this order to proceed with this lawsuit. Alternatively, if Plaintiff's financial status has changed, then he must demonstrate his indigent status by submitting a new application to proceed *in forma pauperis* within 30 days from the date of this order.

It is further ordered that this action will be subject to dismissal without prejudice if Plaintiff fails to comply.

*///*

The Clerk of the Court is directed to send Plaintiff Keith Warren the approved application to proceed *in forma pauperis* by an inmate in NDOC custody with instructions.

DATED THIS 13th Day of July 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE